# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

JESSICA LYNN RAKER, : No. 812 MAL 2016

Respondent :

: Petition for Allowance of Appeal from
: the Order of the Superior Court

v. :

ANNA'S BAR-B-Q PIT, LTD., GRECIAN :
TERRACE, LTD., HIPPOCRATES :
DELIGIANNIS, ANNA DELIGIANNIS, :
ELENI DELIGIANNIS, AND GEORGINE :
DELIGIANNIS, AKA GEORGINE :
ZDRAVECKI, :

Petitioners :

## ORDER

**PER CURIAM**

    **AND NOW**, this 9th day of May, 2017, the Petition for Allowance of Appeal is **DENIED**.